| | |
|---|---|
| 1 | Daniel H. Fingerman (CSB # 229683) |
| | dfingerman@mount.com |
| 2 | Kathryn G. Spelman (CSB # 154512) |
| | kspelman@mount.com |
| 3 | MOUNT & STOELKER, P.C. |
| | RiverPark Tower, Suite 1650 |
| 4 | 333 West San Carlos Street |
| | San Jose, California 95110-2740 |
| 5 | Telephone: (408) 279-7000 |
| | Facsimile:  (408) 998-1473 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | SAN FRANCISCO TECHNOLOGY, INC. |
| 8 | |
| | |
| 9 | Kelly L. Baxter (CSB # 232286) |
| | kelly.baxter@ropesgray.com |
| 10 | ROPES & GRAY LLP |
| | 1900 University Avenue, 6th Floor |
| 11 | East Palo Alto, California 94303-2284 |
| | Telephone:  (650) 617-4000 |
| 12 | Facsimile:  (650) 617-4090 |
| 13 | Attorney for Defendant |
| | PFIZER INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case No. 3:10-cv-5597-MEJ |
| Plaintiff, | |
| | **Stipulation to Extend Time for Pfizer Inc. to Respond to Complaint [Civil Local Rule 6-1(a)]** |
| v. | |
| PFIZER INC., | |
| Defendant. | Hon. Maria-Elena James |
| | Complaint filed: December 9, 2010 |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff San Francisco Technology Inc. and Defendant Pfizer Inc. ("Pfizer"), that pursuant to Civil L.R. 6-1(a), Pfizer shall have until February 7, 2011, to file and serve its responsive pleading in this matter.

**STIPULATION TO EXTEND TIME FOR**
**DEFENDANT PFIZER INC. TO RESPOND TO COMPLAINT**
**Case No. 3:10-cv-5597-MEJ**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 7, 2011 | By:   /s/ *Kelly L. Baxter* |
| | | Kelly L. Baxter (CSB # 232286) |
| 3 | |   kelly.baxter@ropesgray.com |
| | | ROPES & GRAY LLP |
| 4 | | 1900 University Avenue, 6th Floor |
| | | East Palo Alto, California 94303-2284 |
| 5 | | Telephone:  (650) 617-4000 |
| | | Facsimile:  (650) 617-4090 |

Attorney for Defendant
PFIZER INC.

Dated: January 7, 2011         By:  /s/ *Daniel H. Fingerman*
                                Daniel H. Fingerman (CSB # 229683)
                                  dfingerman@mount.com
                                Kathryn G. Spelman (CSB # 154512)
                                  kspelman@mount.com
                                MOUNT & STOELKER, P.C.
                                RiverPark Tower, Suite 1650
                                333 West San Carlos Street
                                San Jose, California 95110-2740
                                Telephone: (408) 279-7000
                                Facsimile:  (408) 998-1473

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY, INC.

In accordance with General Order No. 45, Rule X, the below signatory attests that concurrence in filing of this document has been obtained from each signatory above.

Dated: January 7, 2011                    /s/ *Kelly L. Baxter*
                                          Kelly L. Baxter
                                          Attorney for Pfizer Inc.

IT IS SO ORDERED.

Dated: January 11, 2011
                                          _____
                                          Honorable Maria-Elena James
                                          United States Magistrate Judge

**STIPULATION TO EXTEND TIME FOR**                                          **2**
**DEFENDANT PFIZER INC. TO RESPOND TO COMPLAINT**
**Case No. 3:10-cv-5597-MEJ**